[No. 7,922.—In Bank.]

## MARSHALL DOANE v. JOHN WEIL.

ACT TO PROMOTE DRAINAGE—CONSTITUTIONAL LAW.—The Act of April 23d, 1880, entitled, "An Act to Promote Drainage," held to be unconstitutional upon the authority of the *People* v. *Parks et al.*, *infra*, 624.

APPLICATION for alternative writ of mandamus.

The petition states that the defendant is Treasurer of the State of California; that the plaintiff presented three warrants to the defendant for payment; the same being drawn in conformity with the Act of the Legislature entitled "An Act to Promote Drainage," passed April 23d, 1880, and that the defendant refused to pay the same.

*W. C. Belcher*, for Plaintiff.

*A. L. Hart*, Attorney-General, for Defendant.

The COURT:

Upon the authority of *People* v. *Parks*, *infra*, 624, the application for an alternative writ of mandamus is denied.